In the Matter of COUNTY OF WESTCHESTER, Respondent, Relative to Acquiring Title to Real Property Required for Parkway or Boulevard Purposes. BRONTOWN REALTY CORP. et al., Appellants, et al., Defendant.— In a proceeding by the

County of Westchester to acquire title to certain vacant land in said county for the purpose of a public park, parkway or boulevard and appurtenances thereto, the owners appeal from the final decree, which makes awards to them for their property. Final decree unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [204 Misc. 1031.]